UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LORENA C. BARAHONA,

    Plaintiff,

v.                                      Case No. 2:18-cv-00255-JES-MRM

COOLING & WINTER LLC,

    Defendant.
_____/

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

COMES NOW the Plaintiff, LORENA C. BARAHONA, by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 68(a), and hereby notifies all parties of her acceptance of the Offer of Judgment served upon Plaintiff by Defendant, COOLING & WINTER LLC, on June 12, 2018 (attached hereto as **Exhibit "A"**).

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2018, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system and the following parties received electronic notification through the CM/ECF system:

Karen Berger
Cooling & Winter, LLC
7901 SW 6th Court, Suite 310
Plantation, FL 33324
kberger@coolingwinter.com
florida@coolingwinter.com
*Attorney for Defendant*

Kristian Knochel
Cooling & Winter, LLC
1355 Roswell Road, Suite 240
Marietta, GA 30062

1

kknochel@coolingwinter.com
florida@coolingwinter.com
*Attorney for Defendant*


Dated: June 26, 2018                *Respectfully submitted,*

**THE DELLUTRI LAW GROUP, P.A.**
The Dellutri Law Group Plaza
1436 Royal Palm Square Blvd.
Fort Myers, FL  33919
(239) 939-0900
(239) 939-0588 – Fax
www.DellutriLawGroup.com
*Attorneys for Plaintiff*

By:  /s/ Joseph C. LoTempio
      Joseph C. LoTempio, Esq.
      Fla. Bar No. 0086097
      jlotempio@dellutrilawgroup.com