UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LORENA BARAHONA,

    Plaintiff,

v.                            Case No:   2:18-cv-255-FtM-29MRM

COOLING & WINTER LLC,

    Defendant.

_____

**ORDER**

This matter comes before the Court on plaintiff's Notice of Acceptance of Offer of Judgment (Doc. #20) accepting defendant's Rule 68 Offer of Judgment (Doc. #20-1) filed on June 26, 2018. The Offer is dated June 12, 2018, and provides for the entry of judgment against defendant and in favor of plaintiff for claims under the Fair Debt Collection Practices Act in Counts I and II of the Verified Complaint (Doc. #1).  Under Rule 68,

> At least 14 days before the date set for trial, a party defending against a claim may serve on an opposing party an offer to allow judgment on specified terms, with the costs then accrued. If, within 14 days after being served, the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service. The clerk must then enter judgment.

Fed. R. Civ. P. 68(a).  Plaintiff accepted the offer within 14 days of its service by filing the offer and notice of acceptance. Judgment will be directed according to the terms of the offer.

The parties did not agree to the amount of reasonable attorney's fees and costs, except to agree that the amount will be for all amounts incurred up to the date of the offer in a separate state court case not before the undersigned, and that they would be recoverable separate and apart from the damages.  If the parties cannot agree to an amount, a motion is anticipated.  The Court will consider the motion, but questions its authority to award attorney fees and costs incurred in a separate state case.

Accordingly, it is hereby

**ORDERED:**

1. The Clerk is directed to enter judgment in favor of plaintiff and against defendant pursuant to the terms of the Offer of Judgment (Doc. #20-1) by attaching a copy of same to the judgment.  Any attorney's fees and costs up to the date of the offer will be addressed after entry of judgment.

2. Plaintiff's Motion to Strike Defendant's Affirmative Defenses (Doc. #16) is **DENIED** as moot.

3. The Clerk shall terminate all pending deadlines and close the file.  If not resolved between the parties, any motion

for attorney's fees and costs shall be filed within **FOURTEEN (14) DAYS** of the entry of judgment.

**DONE and ORDERED** at Fort Myers, Florida, this __29th__ day of June, 2018.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record